IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| QUINCY DESHAN BUTLER | § | |
| VS. | § § § | CIVIL ACTION NO. 9:16-CV-210 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

Pending before the Court is Petitioner's Motion for Stay (docket entry no. 80). Petitioner seeks a stay in order to obtain records from the Texas Court of Criminal Appeals regarding the exhaustion of some of his claims. The motion is meritorious and should be granted. It is, therefore,

**ORDERED** that Petitioner's Motion for Stay (docket entry no. 80) is **GRANTED**. Petitioner is further **ORDERED** to update the Court within (30) days from entry below as to the status of exhaustion relating to these claims.

All motions currently pending are **DENIED**, subject to reconsideration.

SIGNED this 30th day of July, 2018.

_____
Zack Hawthorn
United States Magistrate Judge